PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. FERMIN, Carlos                         Docket No. 03-815-01

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michael J. Fitzpatrick** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **FERMIN, Carlos**, who was placed under pretrial release supervision by the **Honorable Faith S. Hochberg** sitting in the Court at Newark, New Jersey, on November 18, 2003, under the following conditions:

1) $100,000 bond secured by 10% cash with two co-signers;
2) 24 hour house arrest with electronic monitoring, with exceptions to leave for court dates, meetings with counsel and medical emergencies;
3) Surrender of passport;
4) Drug testing and treatment.

Respectfully presenting petition for action of Court and for cause as follows:

Assistant United States Attorney Serena Vash, Defense Counsel Richard Banas, and United States Pretrial Services have reached a consent decision to recommend the condition of house arrest with electronic monitoring be removed.

PRAYING THAT THE COURT WILL ORDER **the condition of house arrest with electronic monitoring be removed.**

ORDER OF COURT

Considered and ordered this _____ day of _____, _____ and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge/Magistrate

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____

_____
Michael J. Fitzpatrick
Senior U.S. Pretrial Services Officer