PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Fermin, Carlos                                  Cr.:03-00815-001

Name of Sentencing Judicial Officer: Faith S. Hochberg

Date of Original Sentence: May 7, 2007

Original Offense: Conspiracy to possess and distribute more than fifty grams of crack cocaine.

Original Sentence: Time served, five years supervised release, DNA testing and a $100 special assessment.

Type of Supervision: Supervised Release                Date Supervision Commenced: May 7, 2007

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | On August 19, 2007, the probation office received an alert from the home confinement monitoring service indicating that Mr. Fermin failed to return home for his 6:30pm curfew. When contacted a short while later the offender admitted the non-compliance, stating he was busy at work and loss track of time. |

U.S. Probation Officer Action:

Our office verbally reprimanded Wright and extended his home confinement term one day.

Respectfully submitted,

By: Stanley K. Whetstone
Senior U.S. Probation Officer
Date: 08/07/07

*The Court's endorsement of this petition will serve as an official written reprimand to the offender, unless the court directs that additional action be taken as follows:*

[√] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

9/11/07
Date